**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 319 MAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| LUIS A. CARINO, | : |
| | : |
| Petitioner | : |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 320 MAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| LUIS A. CARINO, | : |
| | : |
| Petitioner | : |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 321 MAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| LUIS A. CARINO, | : |
| | : |
| Petitioner | : |

**<u>ORDER</u>**

**PER CURIAM**

   **AND NOW**, this 10th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.